FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 20  PM 12: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT LEE MCKEE | CIVIL ACTION |
| VERSUS | NO. 05-2170 |
| WARDEN ROYCE MAGEE, ET AL | SECTION "D" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation and considering the Motion for Leave to Amend filed by the plaintiff on November 1, 2005 hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby DISMISSED WITH PREJUDICE as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915 (e)(2) or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

Fee____
Process____
X  Dktd____
___ CtRmDep____
___ Doc. No.____

IT IS FURTHER ORDERED that all habeas corpus claims asserted in the complaint be DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.

IT IS FURTHER ORDERED that all state claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367 (c).

New Orleans, Louisiana, this 20th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE